467 A.2d 55

Commonwealth v. Reason, Appellant.

Submitted June 22, 1983. Joseph T. Kelley, Jr., for appellant; Jane

Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, JOHNSON and MONTGOMERY, JJ.

Judgment of sentence affirmed.